NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LAIRD TECHNOLOGIES INC.,**
*Appellant*

**v.**

**PARKER INTANGIBLES LLC, PARKER-HANNIFIN CORPORATION,**
*Appellees*

———————————

2019-2007

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00049.

———————————

## JUDGMENT

———————————

EDWARD DAVID MANZO, Husch Blackwell LLP, Chicago, IL, argued for appellant.  Also represented by PHILIP DALE SEGREST, JR.

JAMES LEE LOVSIN, McDonnell, Boehnen, Hulbert & Berghoff, LLP, Chicago, IL, argued for appellees.  Also represented by DANIEL F. GELWICKS, JOSEPH A. HERNDON, AMIR SHENOUDA, JAMES VINCENT SUGGS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 10, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court